*E-Filed 10/18/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDJUAN C. SCOTT, | No. C 10-3261 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

## INTRODUCTION

This is a federal habeas petition filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. The petition was dismissed with leave to amend within 30 days. That time has passed, petitioner still has not filed an amended petition. Accordingly, the petition is dismissed without prejudice to petitioner filing an amended petition.

The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: October 15, 2010

RICHARD SEEBORG
United States District Judge

No. C 09-3261 RS (PR)
ORDER OF DISMISSAL